Mark W. Lischwe (#010352)
MARK W. LISCHWE, P.C.
141 East Palm Lane, Suite 201
Phoenix, Arizona 85004
Telephone: (602) 252-7552
Fax: (602) 252-7338
e-mail: m.lischwe@att.net
Attorney for Debtors/Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>RICHARD A. WHITNEY,<br>CAROLYN A. WHITNEY,<br><br>    Debtors.<br>_____<br><br>RICHARD A. WHITNEY,<br>CAROLYN A. WHITNEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING,<br>L.P. FKA COUNTRYWIDE HOME<br>LOANS SERVICING, L.P.,<br> its heirs, assigns and/or<br>successors-in-interest,<br><br>    Defendant(s).<br>_____ | Chapter 13<br><br>Case No. 2:09-bk-06519-RJH<br><br>Adversary No. 2:09-ap-00771-RJH<br><br>COMPLAINT TO DETERMINE VALIDITY, PRIORITY OR EXTENT OF LIEN OR OTHER INTEREST IN PROPERTY |

COME NOW the Plaintiffs/Debtors, Richard and Carolyn Whitney, by and through undersigned counsel, and for their Complaint against the Defendant, hereby allege as follows:

1. This adversary proceeding arises under Debtors' administrative case number 2:09-bk-06519-RJH, filed pursuant to Chapter 13 of the United States Bankruptcy Code and currently pending in this Court.

2. This Court has jurisdiction of this adversary proceeding pursuant to 28 U.S.C. §1334; 11 U.S.C. §506(a), 11 U.S.C. §1123(b)(2) and Rule 7001 et seq. Rules of Bankruptcy Procedure. This Court has the power to issue any order, process or judgment necessary or appropriate to carry out the provisions of Title 11, pursuant to 11 U.S.C. §105.

3. Pursuant to 28 U.S.C. §157(b)(2)(A), 28 U.S.C. §§157(b)(2)(B) and 157(b)(2)(K), the claim asserted herein constitutes a "core" proceeding. To the extent that any allegations are deemed to relate to non-core proceedings, said allegations fall within the purview of 11 U.S.C. §157(b)(4). Plaintiff consents to this Court's jurisdiction to enter findings of fact and conclusions of law to the extent the Court may rule on any non-core issue(s) in this proceeding.

4. Pursuant to 28 U.S.C. §1409, venue for this proceeding lies properly with this Court. Plaintiffs reside in Maricopa County, Arizona and are the Debtors in the above-captioned Chapter 13 proceeding.

5. Upon information and belief, Defendant BAC Home Loans Servicing, L.P., fka Countrywide Home Loans Servicing, L.P. is licensed to do, write and make residential mortgage loans in the state of Arizona.

6. Debtors' Chapter 13 case was filed on April 2, 2009. Russell A. Brown is the duly appointed Chapter 13 Trustee.

7. On the date of the Petition, Plaintiffs were the fee owners of real property located at 2704 North Robin Lane, Mesa, Arizona 85213, and legally described as Lot Sixty-Seven (67), RANCHO DE ARBOLEDA UNIT TWO, according to the plat of record in the office of the Maricopa County Recorder in Book 282 of Maps, Page 5, hereinafter called the "real property". The property is the Debtors' principal residence.

8. On the date of the Petition, Plaintiffs were indebted to Citimortgage, Inc. under a Note and first position Deed of Trust, and Countrywide Home Loans under a Note and second position Deed of Trust.

9. On the date of the Petition, Plaintiffs were indebted to Citimortgage, Inc. in the amount of $256,436.31, pursuant to its Proof of claim, regarding the first position Deed of Trust. On the date of the Petition, Plaintiffs were indebted to Countrywide Home Loans in the amount of $57,358.53, pursuant to Defendant's Proof of Claim, regarding the second position Deed of Trust.

10. The Plaintiffs believe that the property is worth $225,000.00 based on appraisal dated June 18, 2009, attached hereto as Exhibit "A". A full and complete copy of said appraisal is available for review, inspection and/or duplication at undersigned counsel's office.

11. The encumbrances due and owing on the first Deed of Trust exceeded the property's market value by $31,436.31.

12. Plaintiffs assert that no security interest attached to Defendant's second position Deed of Trust, and Defendant's claim was completely unsecured.

WHEREFORE, Plaintiffs request that this Court enter Judgment against the Defendant as follows:

A. For an Order declaring Defendant's, its heirs', successors' and/or assigns', second position Deed of Trust to be unsecured and of no further force and effect as a secured lien against the property located at 2704 North Robin Lane, Mesa, Arizona 85213, and legally described as Lot Sixty-Seven (67), RANCHO DE ARBOLEDA UNIT TWO, according to the plat of record in the office of the Maricopa County Recorder in Book 282 of Maps, Page 5, hereinafter called the "real property".

B. For an Order directing Defendant to release its lien within thirty (30) days upon entry of Judgment.

C. That should Defendant, or its heirs, successors and/or assigns, fail to release its lien, any Judgment entered in this matter shall serve as a Release and that the Order of this Court may be recorded and the same shall have the effect of voiding the lien on the public records.

D. That Plaintiff recover any additional relief that this Court deems justified and appropriate.

DATED this 11th day of July, 2009.

MARK W. LISCHWE, P.C.

By/s/ MWL - #010352
Mark W. Lischwe
141 East Palm Lane, Suite 201
Phoenix, Arizona 85004
Attorney for Debtors/Plaintiffs

## SUMMARY OF SALIENT FEATURES

### SUBJECT INFORMATION

| | |
|---|---|
| Subject Address | 2704 N Robin Ln |
| Legal Description | RANCHO DE ARBOLEDA UNIT TWO MCR 282-5; LOT 67 |
| City | MESA |
| County | Maricopa |
| State | AZ |
| Zip Code | 85213-1626 |
| Census Tract | 4203.03 |
| Map Reference | 38060 |

### SALES PRICE

| | |
|---|---|
| Sale Price | $ N/A |
| Date of Sale | N/A |

### CLIENT

| | |
|---|---|
| Borrower | RICHARD & CAROLYN A WHITNEY |
| Lender/Client | Whitney Richard A/Carolyn A |

### DESCRIPTION OF IMPROVEMENTS

| | |
|---|---|
| Size (Square Feet) | 2,268 |
| Price per Square Foot | $ 99.21 |
| Location | Suburban |
| Age | 21 Yrs. |
| Condition | Avg |
| Total Rooms | 7 |
| Bedrooms | 2 |
| Baths | 2 |

### APPRAISER

| | |
|---|---|
| Appraiser | Earl Wolf |
| Date of Appraised Value | June 12, 2009 |

### VALUE

| | |
|---|---|
| Opinion of Value | $ 225,000 |

Form SSD2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Exhibit "A"