# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | RICHARD A & CAROLYN A WHITNEY |
| Case Number: | 2:09-bk-06519-RJH  **Chapter:** 13 |
| Date / Time / Room: | WEDNESDAY, NOVEMBER 18, 2009 10:00 AM  6TH FLOOR #603 |
| Bankruptcy Judge: | RANDOLPH J. HAINES |
| Courtroom Clerk: | |
| Reporter / ECR: | N/A |

## Matter:

ADV: 2-09-00771

**RICHARD A WHITNEY vs BAC HOME LOANS SERVICING, L.P. FKA COUNT**

STATUS HEARING ON COMPLAINT TO DETERMINE VALIDITY, PRIORITY OR EXTENT OF LIEN

R / M #:   1 / 0

**VACATED:** Stip Settling Forthcoming

## Appearances:

NONE

## Proceedings:

VACATED: Stip Settling Forthcoming